**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Ezechinyere Evaristus Ejimadu,**

**Plaintiff,**

**vs.**

**City of Minneapolis, and its employees/agents Officers Justin Merten, Billy Peterson, Chief of Police Olson, John Doe 1, and John Doe 2, jointly and severally,**

**Defendants.**

**Case Type: Civil Rights**

**Court File No.: 01-CV-1403 (MJD/JGL)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiffs' Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: December 9, 2002

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant

Dated: Jan. 10, 2003

BOBBY SEA
Attorney Reg. No.
2147 University Avenue West
Suite 218
St. Paul, MN 55114
(651) 644-1667

Attorney for Plaintiff

FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Ezechinyere Ejimadu v. City of Minneapolis, et al., Civil No.: 01-1403 (MJD/JGL)

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: 1-24-03

Michael J. Davis
Judge of United States District Court

01L-0344